# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHN ALTAVILLA, | |
| Plaintiff, | NO. 3:17-CV-01588 |
| v. | (JUDGE CAPUTO) |
| LARKSVILLE BOROUGH POLICE, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 13th day of May, 2019, upon review of the Report and Recommendation (Doc. 41) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 41) is **ADOPTED**.

(2) The Motion to Dismiss (Doc. 28) is **GRANTED**.

(3) Plaintiff has **twenty-one (21) days** to file an amended complaint. Failure to timely file an amended complaint will result in the dismissal of this action **with prejudice**

(4) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

A. Richard Caputo
United States District Judge