# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHN ALTAVILLA, | |
| Plaintiff, | NO. 3:17-CV-01588 |
| v. | (JUDGE CAPUTO) |
| LARKSVILLE BOROUGH POLICE, *et al.*, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 31st day of July, 2019, upon review of the Report and Recommendation (Doc. 43) of Magistrate Judge Karoline Mehalchick for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 43) is **ADOPTED**.

(2) Plaintiff's Complaint is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge